SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNDERCAR PARTS, INC.; STK & SONS, LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-00275-JAK (SKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LEEMANUEL WEILCH ("Plaintiff") and Defendants UNDERCAR PARTS, INC. and STK & SONS, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

Respectfully submitted,

DATED: July 22, 2025         SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
     Jason J. Kim
     Attorneys for Plaintiff

DATED: July 22, 2025         Briggs Alexander, APLC

By:  /s/ Garo Khajadourian
     Garo Khajadourian, Esq.
     Attorneys for Defendants
     UNDERCAR PARTS, INC. and STK &
     SONS, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2025         By: /s/ Jason J. Kim
                                 Jason J. Kim